# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE MACDONALD WILLIAMS, | ) ) | Case No. CV 11-7299-DOC (JEM) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WESLEY LEE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered dismissing this action without prejudice.

DATED: January 26, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE