# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MACDONALD WILLIAMS, )<br>  )<br>                  Petitioner, )<br>  )<br>       v. )<br>  )<br> WESLEY LEE, )<br>  )<br>                  Respondent. )<br>_____ ) | Case No. CV 11-7299-DOC (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED:  January 26, 2012

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE